IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION                    2019 APR 17 A II: 07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DEBRA P. HACKETT, CLK U.S. DISTRICT COURT ALA |
| | ) | |
| v. | ) | CR. NO. 2:19CR 133-WKW |
| | ) | [21 U.S.C. § 841(a)(1)] |
| LeADAM KELLY | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Violation of Controlled Substances Act)

On or about September 19, 2017, in Coosa County, within the Middle District of

Alabama, the defendant,

### LeADAM KELLY,

did knowingly and intentionally possess with intent to distribute and did distribute a controlled

substance, to wit: a mixture and substance containing a detectable amount of cocaine base, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2
(Violation of Controlled Substances Act)

On or about October 10, 2017, in Coosa County, within the Middle District of Alabama,

the defendant,

### LeADAM KELLY,

did knowingly and intentionally possess with intent to distribute and did distribute a controlled

substance, to wit: 28 grams or more of a mixture and substance containing a detectable amount

of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code,

Section 841(a)(1).

## FORFEITURE ALLEGATION–1

A.     The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

B.     Upon conviction of the offenses in violation of Title 21, United States Code, Section 841(a)(1) set forth in Counts 1 and 2 of this Indictment, the defendant,

### LeADAM KELLY,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of Title 21, United States Code, Section 841(a)(1). The property includes, but is not limited to, a Savage Arms, 12 gauge shotgun; a Ruger, Model LCP, .380 caliber handgun and live ammunition.

C.     If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

      (1)     cannot be located upon the exercise of due diligence;

      (2)     has been transferred or sold to, or deposited with, a third party;

      (3)     has been placed beyond the jurisdiction of the court;

      (4)     has been substantially diminished in value; or

      (5)     has been commingled with other property which cannot be divided
            without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
Foreperson

LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

_____
Kevin P. Davidson
Assistant United States Attorney

_____
R. Randolph Neeley
Assistant United States Attorney

3